| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Tahlia L. Burks** | Social Security number or ITIN | **xxx–xx–4239** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed in chapter **13** | **10/29/18** |
| Case number: | **18–30284** | Date case converted to chapter **7** | **2/21/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tahlia L. Burks | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1763 Reichen Ave.<br>Sauk Village, IL 60410 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Allan J DeMars<br>Spiegel & DeMars<br>19 S. LaSalle St.<br>Suite 902<br>Chicago, IL 60603 | Contact phone 847 564–8646<br>Email: demarstrustee@aol.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/4/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 10, 2019 at 03:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/10/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Tahlia L. Burks  
    Debtor

Case No. 18-30284-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: evelyng    Page 1 of 2    Date Rcvd: Mar 04, 2019  
                     Form ID: 309A    Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.

```
db           +Tahlia L. Burks,    1763 Reichen Ave.,    Sauk Village, IL 60411-5612
tr           +Allan J DeMars,    Spiegel & DeMars,    19 S. LaSalle St.,    Suite 902,    Chicago, IL 60603-1426
27252378    ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
             (address filed with court:  Creditors Bankruptcy Service,     PO Box 800849,    Dallas, TX 75380)
27369175     +Calumet Dermatology Assoc,    Municipal Collections of America, Inc,    3348 Ridge Road,
               Lansing, IL 60438-3112
27252371      Calumet Dermatology Associates,    19 River Oaks Drive,    Calumet City, IL 60409-5802
27252372      Carhop Finance,    5900 Green Oak Dr,    Suite 10,    Minneapolis, MN 55430
27252373     +Citi Auto Financial,    4000 Regent Blvd.,    Irving, TX 75063-2246
27252374     +CitiFinancial,    1 PENNS WAY,    New Castle, DE 19721-2300
27369177     +City of Calumet City,    Municipal Collections of America, Inc,    3348 Ridge Road,
               Lansing, IL 60438-3112
27252375     +City of Calumet City,    204 Pulaski Rd.,    PO Box 1519,    Calumet City, IL 60409-7519
27252376      City of Chicago Heights,    Red Light Violation,    PO Box 7726,    Carol Stream, IL 60197-7726
27252379      Diversifield Consultants, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
27252380     +Dolton Furniture,    943 E Sibley Blvd,    Dolton, IL 60419-2139
27252385     +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
27252384     +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
27252389     +Municipal Collection of America, In,    3348 Ridge Road,    Lansing, IL 60438-3112
27252394      U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
27252399     +Village Of South Holland Il,    Attn:Bankruptcy,    16226 Wausau Ave,
               South Holland, IL 60473-2156
27369181     +Village of Dolton,    Municipal Collections of America, Inc,    3348 Ridge Road,
               Lansing, IL 60438-3112
27252396     +Village of Dolton,    Bankruptcy Department,    14122 Chicago Road,    Dolton, IL 60419-1042
27252397     +Village of Hillside,    425 North Hillside,    Hillside, IL 60162-1695
27252398      Village of Riverdale (Photo Enforce,    75 Remittance Drive,    Suite 6658,
               Chicago, IL 60675-6658
27369180     +Village of S. Chicago Heights,    Municipal Collections of America, Inc,    3348 Ridge Road,
               Lansing, IL 60438-3112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: davidsiegelbk@gmail.com Mar 05 2019 01:48:48      David M Siegel,
               David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
27252367      EDI: ARSN.COM Mar 05 2019 06:28:00      ARS National Services, Inc.,    PO Box 469046,
               Escondido, CA 92046-9046
27252369     +EDI: CINGMIDLAND.COM Mar 05 2019 06:28:00      AT&T,    Bankruptcy Department,
               5407 Andrew Highway,    Midland, TX 79706-2851
27252366      EDI: AFNIRECOVERY.COM Mar 05 2019 06:28:00      Afni,    1310 Martin Luther King Drive,
               PO Box 3517,    Bloomington, IL 61702-3517
27252368     +EDI: CBS7AVE Mar 05 2019 06:28:00      Ashro,    Bankruptcy Dept,    1515 S. 21st Street,
               Clinton, IA 52732-6676
27252370     +EDI: ATLASACQU.COM Mar 05 2019 06:23:00      Atlas Acquisitions, LLC,    294 Union Street,
               Hackensack, NJ 07601-4303
27252377     +EDI: CMIGROUP.COM Mar 05 2019 06:23:00      Credit Management,    4200 International Parkway,
               Carrollton, TX 75007-1912
27297948      EDI: ECMC.COM Mar 05 2019 06:23:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
27252383     +E-mail/Text: bknotice@ercbpo.com Mar 05 2019 01:50:12      ERC,    8014 Bayberry Road,
               Jacksonville, FL 32256-7412
27252381     +EDI: ECMC.COM Mar 05 2019 06:23:00      Education Credit Management,    1 Imation Place,
               Oakdale, MN 55128-3422
27252382      E-mail/Text: bknotice@ercbpo.com Mar 05 2019 01:50:12      Enhanced Recovery Collection,
               Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
27252386     +EDI: RESURGENT.COM Mar 05 2019 06:28:00      LVNV Funding,    PO Box 10587,
               Greenville, SC 29603-0587
27292443      EDI: RESURGENT.COM Mar 05 2019 06:28:00      LVNV Funding LLC C/O Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
27252387      EDI: RESURGENT.COM Mar 05 2019 06:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
               PO Box 10675,    Greenville, SC 29603-0675
27408104     +EDI: MID8.COM Mar 05 2019 06:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN MI 48090-2011
27252388     +EDI: MID8.COM Mar 05 2019 06:28:00      Midland Credit Management, Inc.,    Bankruptcy Department,
               8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
27252390     +E-mail/Text: egssupportservices@alorica.com Mar 05 2019 01:50:25
               NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
27252391     +EDI: CBSPLS.COM Mar 05 2019 06:28:00      PLS,    16909 Torrence Ave,    Lansing, IL 60438-1013
27252392     +EDI: CBSPLS.COM Mar 05 2019 06:28:00      PLS,    1427 W 127th St.,    Riverdale, IL 60827-6019
27252393     +EDI: DRIV.COM Mar 05 2019 06:23:00      Santander Consumer USA,    Bankruptcy Department,
               PO BOX 961245,    Fort Worth, TX 76161-0244
27268140     +EDI: DRIV.COM Mar 05 2019 06:23:00      Santander Consumer USA Inc.,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
27287073     +EDI: AIS.COM Mar 05 2019 06:28:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0752-1          User: evelyng               Page 2 of 2                   Date Rcvd: Mar 04, 2019
                              Form ID: 309A              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
27252395      +E-mail/Text: bankruptcy@carhop.com Mar 05 2019 01:50:42      Universal Acceptance Corp,
               PO Box 398104,   Edina, MN 55439-8104
                                                                                                  TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27259692*    +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
              Allan J DeMars    demarstrustee@aol.com, alland1023@aol.com
              Cari A Kauffman    on behalf of Creditor    Santander Consumer USA Inc. ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              David M Siegel    on behalf of Debtor 1 Tahlia L. Burks davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              O. Anthony Olivadoti    on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5